JS-6

**FILED**
CLERK, U.S. DISTRICT COURT

May 2, 2016.

CENTRAL DISTRICT OF CALIFORNIA
BY: ____VPC____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA LYNN JENNINGS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>VICTOR VALLEY COMMUNITY COLLEGE DISTRICT, PETER ALLAN, an individual, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: LA CV 14 06893-SJO (RZx)<br>*(Complaint Filed 9/4/14)*<br>*(Assigned to Hon. S. James Otero)*<br><br>**JUDGMENT RE: DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION OF ISSUES** |

1

**[PROPOSED] JUDGMENT RE: DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION OF ISSUES**

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

The Honorable S. James Otero, District Judge Presiding, having reviewed Defendants Victor Valley Community College District and Peter Allan's Motion for Summary Judgment, or in the Alternative, Summary Adjudication of Issues, having fully considered the evidence, arguments, and issues presented by both parties, rules as follows,

IT IS ORDERED AND ADJUDGED that Defendants VICTOR VALLEY COMMUNITY COLLEGE DISTRICT and PETER ALLAN's Motion for Summary Judgment, or in the Alternative, Summary Adjudication of Issues shall be GRANTED. It is further ordered that Plaintiff PATRICIA JENNINGS takes nothing, that the action be dismissed on the merits, and that Defendants recover their costs.

Dated: May 2, 2016

_____
The Honorable S. James Otero
Judge of the United District Court

2

**[PROPOSED] JUDGMENT RE: DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION OF ISSUES**